

# UNITED STATES DISTRICT COURT
## FOR THE
# DISTRICT OF NEW JERSEY

**LAW OFFICES OF TIMOTHY R. HOTT, P.C.**
**TIMOTHY R. HOTT, ESQ.**
591 Summit Avenue
Jersey City, New Jersey 07306
Telephone (201)653-5000
Email: TimHott@Gmail.com
(TH 6729)
Attorney for the Plaintiffs

| | |
|---|---|
| IBEW Local 102, etc. et al,<br><br>*Plaintiff(s)*<br><br>VS.<br><br>Battito Electric, etc. et al<br><br>*Defendant(s)* | <u>CIVIL ACTION</u><br><br>CIVIL ACTION NO.<br><br>2:10-cv-3579 (SRC)(MAS)<br><br>**ORDER FOR DEFAULT JUDGMENT ONLY AS TO DEFENDANT CAVIT ELECTRIC, COMPANY, INC.** |

In this action the defendant, Cavit Electric Company, Inc., having been regularly served with the Summons and Complaint and having failed to plead or otherwise defend, the legal time for pleading or otherwise defending having expired and the default of the said Defendant, the premises having been duly entered according to law; upon the application of the Plaintiffs, judgment is hereby entered against the said Defendant in pursuance of the prayer of the Complaint.

WHEREFORE, by virtue of law and by reason of the premises aforesaid;

It is ORDERED, ADJUDGED and DECREED that the said Plaintiffs do have and recover from said Defendant, Cavit Electric Company, Inc., the sum of $26,343.24 as of

December 31, 2010 plus interest at $4.55 per diem thereafter until judgment is satisfied.

SO ORDERED

_____
STANLEY R. CHESLER, U.S.D.J.